# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CRIMINAL NO. A-15-CR-350 SS** |
| **DEQWON SAQUOD LEWIS,**<br>    and<br>**STARISHA SHONTEL MOORE,** | § § § § | |
| **Defendants.** | | |

## UNITED STATES' EXHIBIT LIST

Gov't Exhibit

| | |
|---|---|
| 1 | Facebook photo of C.W. & K.M. |
| 2 | Facebook photo of C.W. |
| 3 | In-car video - Michigan traffic stop clips (8/26/15) |
| 4 | Travis County Search Warrant for one (1) Samsung Cellular Phone; Model # SGH-T599N, (K.M.'s phone) |
| 5 | Photo of Samsung Galaxy Phone; Model # SGH-T599N |
| 6 | Forensic analysis results for Samsung Galaxy Phone; Model # SGH-T599N, S/N 5907182 (K.M.'s phone) |
| 6a(1-19) | Image files recovered from SGH-T599N Samsung Galaxy phone; |
| 6b | SMS Messages recovered from Samsung Galaxy phone |
| 7 | Travis County Search Warrant for Facebook, Inc. account records for: K▆▆▆ M▆▆ (▆▆▆)<br>https://www.facebook.com/profile.php?id=100006701988459 |

| 8 | Business Record Affidavit 3,098 pages of records of Facebook, Inc. pertaining to the account:<br><br>K▆▆▆ M▆▆ (▆▆)<br>https://www.facebook.com/profile.php?id=100006701988459 |
|---|---|
| 8a(1-42) | Images from K.M.'s Facebook account |
| 9 | Business Record Affidavit, MG MEGA MOTORS, INC. |
| 10 | Travis County Search Warrant for Facebook, Inc. account records for:<br><br>Star Chyna    https://www.facebook.com/starisha |
| 11 | Business Record Affidavit, 369 pages of records of Facebook, Inc. pertaining to the account:<br>Star Chyna    https://www.facebook.com/starisha |
| 11a(1-11) | Images from Moore's Facebook account |
| 12 | Travis County Search Warrant for Facebook, Inc. account records for:<br><br>C▆▆▆ W▆▆▆    https://www.facebook.com/c▆▆▆.l.w▆▆▆ |
| 13 | Business Record Affidavit, Facebook, Inc. pertaining to the account:<br><br>C▆▆▆ W▆▆▆    https://www.facebook.com/c▆▆▆.l.w▆▆▆ |
| 13a(1-57) | Images from C.W.'s Facebook account |
| 14 | Business Records Affidavit from Yahoo!, Inc. regarding subscriber records associated with the email address: moorestar@yahoo.com |
| 15 | Business Records Affidavit from Google, Inc. regarding subscriber records associated with the email address: cw▆▆▆▆▆@gmail.com |
| 16 | Business Records Affidavit from Google, Inc. regarding subscriber records associated with the email address: nupie.m@gmail.com |

| | |
|---|---|
| 16 a | Search Warrant to Google, Inc. regarding subscriber records associated with the email address: nupie.m@gmail.com |
| 17 | Business Record Affidavit, Registration records, G6 Hospitality LLC, (Motel 6) Flint/Grand Prairie/Austin/Atlanta/Houston |
| 18 | Subpoena to Backpage.com pertaining to the Post IDs: 28958502, 28951214, 28935747 and 28937980 and associated ads |
| 19 | Business Record Affidavit, 652 pages of records of Backpage.com pertaining to the Post IDs: 28958502, 28951214, 28935747 and 28937980 and associated ads. |
| 20 | Subpoena to Backpage.com for records pertaining to the Backpage.com ad: 810-449 6460-Beautiful Blonde Babe Young Hot Upscale Petite Doll Specials. Call Now. – 19<br><br>Posted on Thursday, August 20th, 8:32pm |
| 21 | Business Record Affidavit, 964 pages of records of Backpage.com pertaining to the Backpage.com ad: 810-449 6460-Beautiful Blonde Babe Young Hot Upscale Petite Doll Specials. Call Now. – 19<br><br>Posted on Thursday, August 20th, 8:32pm |
| 22 | Subpoena to Backpage.com for records pertaining to the following ad:<br><br>Location: City of Houston, Houston, Houston and surrounding<br>Post ID: 27489311 southeasttexas |
| 23 | Business Record Affidavit, 240 pages of records of Backpage.com pertaining to the Backpage.com ad:<br><br>Location: City of Houston, Houston, Houston and surrounding<br>Post ID: 27489311 southeasttexas |
| 24 | Business Record Affidavit, bank & account records for Starisha S. Moore, Bank of America, N.A. |

| | |
|---|---|
| 25 | Business Record Affidavit, bank & account records for Samone A. Yoder, Bank of America, N.A |
| 26 | Business Record Affidavit, Super 8 IAH, Houston, Texas Registration records in the name of Starisha Moore |
| 27 | Forensic analysis results for Moore's iPhone 6; S/N: F73NT6B5G5MQ |
| 27a(1-27) | Image files recovered from Starisha Moore's iPhone 6; S/N: F73NT6B5G5MQ |
| 28 | Business Record Affidavit from Metro PCS, electronic records, account records and historical cell data for phone number: 281-662-6820 |
| 29 | Business Record Affidavit from Sprint; electronic records, account records and historical cell data for phone number: 810-449-6460 |
| 30 | Business Record Affidavit from Sprint; electronic records, account records and historical cell data for phone number: 810-391-3230 |
| 31 | Travis County Search Warrant for Facebook, Inc. account records for: pertaining to the account:<br>　　　Dlue Governor OftheState<br><br>　　　https://www.facebook.com/profile.php?id=100010056492670 |
| 32 | 532 pages of records of Facebook, Inc. pertaining to the account:<br><br>　　　Dlue Governor OftheState<br>　　　https://www.facebook.com/profile.php?id=100010056492670 |
| 32a(1-18) | Pages from Dlue Governor Of theState's Facebook records |
| 33 | Video clip of Deqwon Lewis' rap song |
| 34 | Historical Cell Data Tower map/Dodge Charger GPS map with pin marking for geographical |
| 35 | Certified Copy of Birth Certificate/State Registrar of Vital Statistics (C.W. /minor) |

| 36 a-d | Surveillance photos of Lewis/Moore at Houston Motel 6 |
| --- | --- |
| 37 | Recorded audio interview clips of Deqwon Lewis (12/2/15) |
| 38 | Recorded audio interview clips of Starisha Moore (12/215) |
| 39 | Business Records Affidavit; 21 pages of records of the Children's Assessment Center pertaining to: <br><br> J█████ B████-G████ |
| 40 | MyPhoto card from Downtown Aquarium, Houston, Texas |
| 41 | Michigan Identification card; in possession of C.W. (belonging to adult <br><br> Brittani Shae-Kale McDowell) |
| 42 | Certified Copy of Birth Certificate/State Registrar of Vital Statistics (K.M. /minor) |
| 43 | Audiotaped interview of K.M. with Lubbock P.D. detectives (9/9/15) |
| 44 | Business Record Affidavit; Medical Records of K.M. from Lubbock Rape Crisis |
| 45 | Judgment of Convictions (12/19/14) ; Prostitution, <br><br> Starisha Moore; Harris County, TX <br><br> Offense dates:   5/9/14 & 12/17/14 |
| 46 | Search warrant for Lewis & Moore's iPhones |
| 47 | DPS Inventory of seized property (12/2/15) |
|  |  |
|  |  |

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

**/s/ Grant Sparks**

By:_____
GRANT SPARKS
Assistant U. S. Attorney
816 Congress, Suite 1000
Austin, Texas 78701
Office (512) 916-5858
Fax (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2016, I electronically filed the foregoing with the

Clerk of Court. Notification of such filing via the CM/ECF system will be sent to the following:

Jose Gonzalez-Falla & David Peterson, Attorneys for Deqwon Lewis

Amber Vasquez Bode, Attorney for Starisha Moore

_____
GRANT SPARKS
Assistant U.S. Attorney