UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | AU:15-CR-00350(1)-SS |
| | § | |
| (1) Deqwon Saquod Lewis | § | |

# EXHIBIT FOR SENTENCING

| Exhibit | Description | Date Admitted |
|---|---|---|
| Gov't 1 | CD containing song/lyrics of defendant | 8/12/16 |